UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>             Plaintiff,<br><br>    v.<br><br>L. TURNER, et al.,<br><br>             Defendants. | No. 2:14-cv-2962 MCE DB P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

      Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: April 11, 2017

                                        /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hard2962.59a

1